## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Guillermo Juan Echevarria aka Guillermo          CHAPTER 13
Juan Echevarria Hernandez

          Debtor(s)          BKY. NO. 21-11402 PMM


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.


          Respectfully submitted,


/s/ Rebecca Solarz

Rebecca Solarz
20 May 2021, 16:58:04, EDT


      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322