# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Guillermo Juan Echevarria**                              Case No.
                              Debtor(s)                           Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Guillermo Juan Echevarria**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **April 15, 2021**          Signature  _/s/ Guillermo Echevarria_
                                            **Guillermo Juan Echevarria**
                                            Debtor