Certificate Number: 05781-PAE-DE-035756150

Bankruptcy Case Number: 21-11402



05781-PAE-DE-035756150

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2021, at 11:46 o'clock AM PDT, Guillermo Echevarria completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 14, 2021

By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President