| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-11402-PMM**

Guillermo Juan Echevarria
120 North Locust Street
Elizabethtown  PA   17022

Petition Filed Date: 05/17/2021
341 Hearing Date: 06/22/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NAVY FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $7,505.16 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $8,047.78 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $11,692.51 | $0.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $8,730.18 | $0.00 | $0.00 |
| 5 | NAVY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $2,247.02 | $0.00 | $0.00 |

#### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $6,240.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.