**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Guillermo Juan Echevarria | : | Chapter 13 |
| Debtor | : | Case No.:  21-11402-pmm |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed September 1, 2021 was forwarded to the following parties, as follows:

***Via First Class Mail, Postage Pre-Paid on September 1, 2021:***

Douglas Shulman, CEO
OneMain
PO Box 3251
Evansville, IN 47731-3251

Alvaro Basabe, Admin Official
ASUME
Laura Lopez Plaza 0460453
PO Box 71316
San Juan PR 00936

All other creditors not otherwise notified via ECF.

***Via Electronic Filing (ECF) on September 1, 2021:***

Rebecca Ann Solarz, Esquire on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

                                         **ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       jquinn@rqplaw.com

Date: September 1, 2021       Counsel for Debtor