United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Guillermo Juan Echevarria  
      Debtor

Case No. 21-11402-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 16, 2021      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guillermo Juan Echevarria, 120 North Locust Street, Elizabethtown, PA 17022-1927 |
| 14628828 | + | Asume, Laura Lopez Plaza 0460453, PO Box 71316, San Juan PR 00936-8416 |
| 14608394 | + | Douglas R. Blecki, Jr., Esq., 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 14608396 | + | Laura Lopez Plaza, Bo. Vegas Arriba, HC02 Box 6676, Adjuntas, PR 00601-9291 |
| 14624899 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14610765 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608397 | + | Nationstar/Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14608400 | + | Office Of Child Support of Puerto Rico, PO Box 70376, San Juan, PR 00936-8376 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14621665 | + | Email/Text: g20956@att.com | Dec 16 2021 23:25:00 | AT&T Mobility II LLC, CO AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER NJ 07921-2693 |
| 14608391 | + | Email/Text: EBNProcessing@afni.com | Dec 16 2021 23:25:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14622980 | + | Email/Text: bankruptcy@bbandt.com | Dec 16 2021 23:25:00 | BB&T now Truist, PO Box 1847, 100-50-01-51, Wilson NC 27894-1847 |
| 14608392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2021 23:35:22 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14608393 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2021 23:35:27 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14614838 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2021 23:25:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14608395 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2021 23:25:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14623845 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2021 23:35:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14608398 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 16 2021 23:25:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14608399 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 16 2021 23:25:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14609284 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 16 2021 23:25:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14608401 | + | Email/PDF: cbp@onemainfinancial.com | Dec 16 2021 23:35:23 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14615716 | + | Email/PDF: cbp@onemainfinancial.com | Dec 16 2021 23:35:31 | OneMain Financial Group, LLC, OneMain, PO |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Dec 16, 2021 Form ID: 155 Total Noticed: 21

Box 3251, Evansville, IN 47731-3251

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14609286 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Guillermo Juan Echevarria CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Guillermo Juan Echevarria
      Debtor(s)                                    Chapter: 13

                                     Bankruptcy No: 21−11402−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 16, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Patricia M. Mayer
                                                          Judge ,
                                                          United States Bankruptcy Court

                                                                                             33
                                                                                          Form 155