Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11402-PMM**

Guillermo Juan Echevarria  
120 North Locust Street  
Elizabethtown  PA  17022

Petition Filed Date: 05/17/2021  
341 Hearing Date: 06/22/2021  
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2021 | $160.00 | | 09/10/2021 | $160.00 | | 09/10/2021 | $320.00 | |
| 10/08/2021 | $330.00 | | 11/08/2021 | $330.00 | | 12/09/2021 | $330.00 | |
| 01/10/2022 | $330.00 | | 02/08/2022 | $330.00 | | 03/08/2022 | $330.00 | |
| 04/08/2022 | $330.00 | | 05/09/2022 | $330.00 | | 06/08/2022 | $330.00 | |
| 07/12/2022 | $330.00 | | | | | | | |

**Total Receipts for the Period: $3,940.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $7,505.16 | $0.00 | $7,505.16 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $8,047.78 | $0.00 | $8,047.78 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $11,692.51 | $0.00 | $11,692.51 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $8,730.18 | $0.00 | $8,730.18 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $2,247.02 | $0.00 | $2,247.02 |
| 6 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 006 | Unsecured Creditors | $544.56 | $0.00 | $544.56 |
| 7 | ONE MAIN FINANCIAL<br>»» 007 | Unsecured Creditors | $17,460.25 | $0.00 | $17,460.25 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 008 | Unsecured Creditors | $533.62 | $0.00 | $533.62 |
| 9 | BRANCH BANKING & TRUST CO<br>»» 009 | Unsecured Creditors | $1,117.84 | $0.00 | $1,117.84 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $418.11 | $0.00 | $418.11 |
| 11 | NATIONSTAR MORTGAGE LLC<br>»» 11A | Mortgage Arrears | $8,240.45 | $0.00 | $8,240.45 |
| 12 | ASUME<br>»» 012 | Priority Crediors | $711.00 | $262.00 | $449.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,350.00 | $3,350.00 | $0.00 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» 11B | Mortgage Arrears | $2,181.42 | $0.00 | $2,181.42 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,940.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $3,612.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $328.00 | Total Plan Base: | $16,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.