| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-11402-PMM

Guillermo Juan Echevarria
120 North Locust Street
Elizabethtown  PA   17022

Petition Filed Date: 05/17/2021
341 Hearing Date: 06/22/2021
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $330.00 | | 09/09/2022 | $330.00 | | 10/11/2022 | $330.00 | |
| 11/08/2022 | $330.00 | | 12/08/2022 | $330.00 | | 01/11/2023 | $330.00 | |
| 02/08/2023 | $330.00 | | 03/08/2023 | $330.00 | | 04/10/2023 | $330.00 | |
| 05/08/2023 | $330.00 | | 06/08/2023 | $330.00 | | | | |

**Total Receipts for the Period: $3,630.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $7,505.16 | $0.00 | $7,505.16 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $8,047.78 | $0.00 | $8,047.78 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $11,692.51 | $0.00 | $11,692.51 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $8,730.18 | $0.00 | $8,730.18 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $2,247.02 | $0.00 | $2,247.02 |
| 6 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 006 | Unsecured Creditors | $544.56 | $0.00 | $544.56 |
| 7 | ONE MAIN FINANCIAL<br>»» 007 | Unsecured Creditors | $17,460.25 | $0.00 | $17,460.25 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 008 | Unsecured Creditors | $533.62 | $0.00 | $533.62 |
| 9 | BRANCH BANKING & TRUST CO<br>»» 009 | Unsecured Creditors | $1,117.84 | $0.00 | $1,117.84 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $418.11 | $0.00 | $418.11 |
| 11 | NATIONSTAR MORTGAGE LLC<br>»» 11A | Mortgage Arrears | $8,240.45 | $2,277.71 | $5,962.74 |
| 12 | ASUME<br>»» 012 | Priority Crediors | $711.00 | $711.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,350.00 | $3,350.00 | $0.00 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» 11B | Mortgage Arrears | $2,181.42 | $602.99 | $1,578.43 |

Chapter 13 Case No. 21-11402-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,570.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $6,941.70 | Arrearages: | $330.00 |
| Paid to Trustee: | $628.30 | Total Plan Base: | $16,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.