**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Guillermo Juan Echevarria | : | Chapter 13 |
| Debtor | : | Case No.:  21-11402-pmm |

## SUGGESTION OF DEATH

TO THE CLERK OF COURT:

Debtor Guillermo Juan Echevarria, passed away on July 4, 2023.  This suggestion serves as notification to the Court and Chapter 13 Trustee.

Respectfully submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

BY:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610)323 - 6081
JQuinn@rqplaw.com

Date:  August 20, 2023