United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11402-pmm |
| Guillermo Juan Echevarria | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Guillermo Juan Echevarria, 120 North Locust Street, Elizabethtown, PA 17022-1927 |
| 14608394 | + | Douglas R. Blecki, Jr., Esq., 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 14608396 | + | Laura Lopez Plaza, Bo. Vegas Arriba, HC02 Box 6676, Adjuntas, PR 00601-9291 |
| 14825282 | + | Nationstar Mortgage LLC, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14825585 | + | Nationstar Mortgage LLC, c/o Mario Hanyon, Esq., 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14610765 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608400 | + | Office Of Child Support of Puerto Rico, PO Box 70376, San Juan, PR 00936-8376 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 03 2023 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2023 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14621665 | + | Email/Text: g20956@att.com | Nov 03 2023 00:07:00 | AT&T Mobility II LLC, CO AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER NJ 07921-2693 |
| 14608391 | + | Email/Text: EBNProcessing@afni.com | Nov 03 2023 00:07:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14628828 | + | Email/Text: abasabe@asume.pr.gov | Nov 03 2023 00:06:00 | Asume, Laura Lopez Plaza 0460453, PO Box 71316, San Juan PR 00936-8416 |
| 14622980 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2023 00:06:00 | BB&T now Truist, PO Box 1847, 100-50-01-51, Wilson NC 27894-1847 |
| 14608392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2023 00:17:20 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14608393 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2023 00:17:21 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14614838 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2023 00:06:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14608395 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2023 00:06:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14623845 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 00:17:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14825283 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:06:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14624899 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 14608397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2023 00:06:00 | Nationstar/Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14608398 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 03 2023 00:07:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14608399 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 03 2023 00:07:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14609284 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 03 2023 00:07:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14608401 | + | Email/PDF: cbp@omf.com | Nov 03 2023 00:17:23 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14615716 | + | Email/PDF: cbp@omf.com | Nov 03 2023 00:17:55 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14609286 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

**Name**    **Email Address**

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

**JOSEPH L QUINN**
on behalf of Debtor Guillermo Juan Echevarria CourtNotices@rqplaw.com

**MARIO J. HANYON**
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

**MICHAEL PATRICK FARRINGTON**
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Nov 02, 2023     Form ID: pdf900     Total Noticed: 26

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Guillermo Juan Echevarria<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 21-11402-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 2, 2023**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE